No. 03–9133.  FORBES v. MISSISSIPPI.  Sup. Ct. Miss.  Certiorari denied.

No. 03–9134.  GONZALEZ v. YARBOROUGH, WARDEN.  C. A. 9th Cir.  Certiorari denied.

No. 03–9142.  HOLIDAY v. CITY OF KALAMAZOO, MICHIGAN.  C. A. 6th Cir.  Certiorari denied.

No. 03–9143.  HENDRICKS v. YOUNG.  C. A. 4th Cir.  Certiorari denied.

No. 03–9145.  GUIDROZ v. DRETKE, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, CORRECTIONAL INSTITUTIONS DIVISION.  C. A. 5th Cir.  Certiorari denied.

No. 03–9151.  HUSS v. KING CO., INC., ET AL.  C. A. 6th Cir.  Certiorari denied.

No. 03–9158.  PRICE v. CALIFORNIA.  Ct. App. Cal., 2d App. Dist.  Certiorari denied.

No. 03–9169.  KEENAN v. BRIGANO, WARDEN.  C. A. 6th Cir.  Certiorari denied.

No. 03–9171.  JACK-BEY v. STEGALL, WARDEN.  C. A. 6th Cir.  Certiorari denied.

No. 03–9176.  MOORE v. JONES, WARDEN.  C. A. 6th Cir.  Certiorari denied.

No. 03–9178.  SMITH v. ALAMEIDA, DIRECTOR, CALIFORNIA DEPARTMENT OF CORRECTIONS, ET AL.  C. A. 9th Cir.  Certiorari denied.

No. 03–9229.  BUSSIERE v. SCRIBNER, WARDEN, ET AL.  C. A. 9th Cir.  Certiorari denied.

No. 03–9245.  CLAUS v. YARBOROUGH, WARDEN.  C. A. 9th Cir.  Certiorari denied.

No. 03–9247.  SCHUELLER v. MINNEY ET AL.  C. A. 9th Cir.  Certiorari denied.

No. 03–9255.  DANFORTH v. MCLEMORE, WARDEN.  C. A. 6th Cir.  Certiorari denied.